**VERSATA SOFTWARE, INC., (f/k/a Trilogy Software, Inc.), and Versata Development Group, Inc., (f/k/a Trilogy Development Group, Inc.), Plaintiffs–Appellants,**

v.

**SUN MICROSYSTEMS, INC., Defendant–Appellee,**

and

**SAP America, Inc. and SAP AG, Defendants.**

No. 2009–1441.

United States Court of Appeals, Federal Circuit.

July 23, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).